Oscar Grossman, Appellant, v. Consolidated Edison Company of New York, Inc., Defendant, and Brooklyn Edison Company, Inc., Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? [See *ante*, p. 875.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of Charles E. Cherry, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.— Motion to disbar respondent granted and his name ordered to be struck from the roll of attorneys. The respondent, upon his own confession and plea of guilty, was convicted in the County Court of Kings County of the crime of grand larceny in the first degree. The crime being a felony, his disbarment necessarily follows, pursuant to statute in such case made and provided. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of the Application of Theodore Drivas, Petitioner, for an Order Directing Frank E. Johnson, a Justice of the Supreme Court of the State of New York, to Sign a Judgment in the Consolidated Actions of " Drivas v. Lekas, 292 N. Y. 204," Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 861.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of Max L. Kane, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.— Motion to disbar respondent granted and his name ordered to be struck from the roll of attorneys. The respondent was convicted in the County Court of Kings County of the crime of grand larceny in the first degree. The crime being a felony his disbarment necessarily follows, pursuant to statute in such case made and provided.. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

In the Matter of the Application of Alfred J. Wentz, for Reinstatement as an Attorney.— Motion for reinstatement to practice as an attorney and counselor at law granted. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

Harry R. Krause, Respondent, v. 1314 Avenue K Realty Co., Inc., Appellant, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 870.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

Lincoln Savings Bank of Brooklyn, Successor to Fort Hamilton Savings Bank, Respondent, v. First Subsidiary Corporation, Appellant.— On consent, motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

The People of the State of New York, Respondent, v. Robert Beggs, Appellant.— On call of calendar, on motion by respondent, appeal dismissed, no record or brief having been filed and there being no appearance for appellant. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.